■ LLOYD I. ISLER, Appellant, v TICOR TITLE GUARANTEE COMPANY et al., Respondents. [595 NYS2d 34] —Order, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.), entered April 17, 1992, which granted defendants' motion for summary judgment and denied plaintiff's cross-motion for summary judgment, unanimously affirmed, without costs.

It is clear that plaintiff's only claim is that defendants should be charged with the allegedly wrongful action of the representatives of the estate. Such a claim must fail since no action for conspiracy lies for lawful acts performed in a lawful manner merely because they have resulted in damage (20 NY Jur 2d, Conspiracy—Civil Aspects, § 2, at 5, citing *Cooke v Dodge,* 164 Misc 78, *mod* 254 App Div 808). Although alleged, there is no showing of fraud. Nor has plaintiff established negligence. As defendants properly argue, they owed no duty to plaintiff. Concur—Sullivan, J. P., Rosenberger, Kupferman and Asch, JJ.